19,962-01,02

Ambassador
Robert Lee Helm Junior -c
c/o W.P. Clements Unit
9601 Spur 591 -[452859]
Amarillo, Texas Republic
[Near 79106-9606]

18th September 2015

COURT OF CRIMINAL APPEALS
c/o Abel Acosta, Clerk
P.O. Box 12308, CAPITOL STATION
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

Regarding: Writ No. 19,962-01 & Writ No. 19,962-02
Tr. Ct. No. F79-4279-JL* & Tr. Ct. No. F86-71404-KL*
Ex Parte AL MUHAMMAD (a.k.a HELM)

Dear Hon. Abel Acosta:

This is an inquisitive inquiry and request for a copy (each) of the above regarded ... Writ of Habeas Corpus, Procedural History and/or Enumerate list of Documentation(s) History of this Court of Criminal Appeals, Action(s) taken, thereof, Recorded System and All Related Order - Opinion - Mandate/ Dates. Thus, Computers Transcript's.

Please, Certify (each) Computer generate recorded or Printed-Out. As Any is welcome and Should Shine an lawful light on Said, matter-of-facts.

As, one which to research cases law and an meaningful remedy. As I am Actual Innocence, and Prison Staff(s) has history of impeding Access to the Courts (unlawfully, deprived of our Records/Documents).

Thank You for Your Audience, and Addressing this matter, When your office allow!

Respectfully Submitted
Robert Lee Helm Junior National
Robert Lee Helm Junior -c
Ambassador Sui Juris National

NOTE: Please find herewith A.
SASE, for Your Reply ▯

*Tr. Ct. Writ No. W79-4279-L(A) & W86-71404-L(A)